IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


DENNIS JOEL DE PAOLI, et al.,

      Plaintiff,

v.                                        CASE NO. 1:06-cv-00085-MP-AK

WHITECO INDUSTRIES, et al.,

      Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 8, Report and Recommendation of the Magistrate Judge, recommending that this case be dismissed with prejudice for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).  The Magistrate Judge filed the Report and Recommendation on Tuesday, July 11, 2006.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections.  Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made.

Plaintiff has filed objections to the Magistrate's Report, Doc. 9.  In his objections, Plaintiff requests a grand jury to investigate his civil claims, requests funds from the United States Treasury, and numerous other requests not tied to the Report of the Magistrate Judge.  The crux of Plaintiff's objections lies in the Magistrate's recommendation to dismiss Plaintiff's complaints because "[i]t is obvious from some of the claims that Plaintiff's mental condition is not yet stabilized, and it would be a waste of judicial resources to process these cases or to accept future filings without prior review." Doc. 8 at 3.  At the time of Magistrate's Report, Plaintiff was "being held at the North Florida Evaluation and Treatment Center for a

determination of his competency to stand trial in state court." Doc. 8 at 2.  Plaintiff contends

that his due process rights were violated by the Magistrate commenting on his mental condition

or referring to his treatment without documentation or expert testimony as to either.  Despite

Plaintiff's objections, the Magistrate's recommendation for dismissal was based not on

Plaintiff's competency, but on the readily apparent lack of support for Plaintiff's claims in law or

in fact.  Doc. 8 at 4.  Many of the Plaintiff's claims sound in the realm of the fantastic, alleging

that Ford Motor Company is possibly engaged in drug smuggling and that First National Realty

of Chicago asked his company to bribe a judge and violate the transportation laws.  Doc. 8 at 2.

Therefore, the Court agrees with the Magistrate that all of Plaintiff's cases be dismissed

for failure to state a claim upon which relief may be granted.   Further, the Court agrees with the

Magistrate that the orders entered in each of the cases granting leave to proceed *in forma*

*pauperis* and assessing a filing fee be vacated.  It is also ordered that at the present time the

Clerk of Court not accept any further filings from this Plaintiff without prior court review.

Therefore, having considered the Report and Recommendation and all objections thereto filed, I

have determined that the Report and Recommendation should be ADOPTED. Accordingly, it is

hereby

**ORDERED AND ADJUDGED:**

1.      The Magistrate Judge's Report and Recommendation is adopted and incorporated
        by reference in this order.

2.      This action is dismissed with prejudice.

3.      The orders entered granting leave to proceed *in forma pauperis* and assessing a
        filing fee are vacated.

4.      The Clerk of Court is directed to not accept any further filings from Plaintiff De
        Paoli without prior court review.

*Case No: 1:06-cv-00085-MP-AK*

**DONE AND ORDERED** this _ *9th* day of August, 2006.

_____*s/Maurice M. Paul*_____
Maurice M. Paul, Senior District Judge